IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH SPRAITZ,

    Plaintiff,                               No. CIV S-06-1510 GEB CMK P

    vs.

CALIFORNIA INSTITUTION
FOR MEN, et al.,

    Defendants.                          ORDER

/

        Plaintiff, a state prisoner at California Institution For Men, has filed a letter regarding prison conditions.[1]  No other pleadings have been filed by the plaintiff.  In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure.  Plaintiff will be provided the opportunity to file his complaint.

        In addition, plaintiff has not filed an in forma pauperis affidavit or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

---

[1] In the docket, the letter regarding prison conditions is titled "complaint." (Doc. 1.)

1

1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed;

2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action;

3. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: July 28, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE