1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL JOSEPH SPRAITZ,

11           Plaintiff,                          No. CIV S-06-1510 GEB CMK P

12        vs.

13   CALIFORNIA INSTITUTION FOR MEN, et al.,

14           Defendants.                    _____ORDER

15   _____/

16           On September 26, 2006, the court filed findings and recommendations

17   recommending that this action be dismissed for plaintiff's failure to file a complaint which

18   complied with the requirements of Rule 3 of the Federal Rules of Civil Procedure.  The findings

19   and recommendations were served on plaintiff and contained notice to plaintiff that any

20   objections to the findings and recommendations were to be filed within twenty days.  On

21   October 6, plaintiff filed objections.  He asserted that he had been under lockdown, and appears

22   to assert that this is the reason that he could not comply with the court's previous order that he

23   file a compliant that met the requirements of Rule 3.  In light of plaintiff's objections, the

24   findings and recommendations are vacated.

25   ///

26   ///

1    Plaintiff is advised that he need not necessarily have access to the prison law

2   library, phone, canteen or television to draft a complaint which complies with Rule 3.  He must

3   allege a violation of his civil rights and the person or persons responsible for the alleged

4   violation.

5    The Ninth Circuit Court of Appeal has observed that the Federal Rules require

6   that a complaint consist of "simple, concise, and direct" averments.  See McHenry v. Renne, 84

7   F.3d 1172, 1177 (9th Cir. 1996).   As a model of concise pleading, the court quoted the standard

8   form negligence complaint from the Appendix to the Federal Rules of Civil Procedure.

9    1.  Allegation of Jurisdiction.

10   2.  On June 1, 1936, in a public highway, called Boylston Street, in Boston,
    Massachusetts, defendant negligently drove a motor vehicle against plaintiff, who
11    was then crossing said highway.

12   3.  As a result plaintiff was thrown down and had his leg broken, and was
    otherwise injured, and was prevented from transacting his business, suffered great
13    pain of body and mind, and incurred expenses for medical attention and
    hospitalization in the sum of one thousand dollars.

14
    Wherefore, plaintiff demands judgment against defendant in the sum of one
15    thousand dollars.

16  See id.  This is a good model for plaintiff to follow in his pleading.

17    The court also notes that in his objections, plaintiff notified the court that his

18  address would change on December 17, 2006. Plaintiff is advised that he must inform the court

19  of his changed address at the time that it changes.  The court is not responsible for keeping track

20  of anticipated address changes.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed September 26, 2006 are vacated.

3        2.  Plaintiff is granted thirty days from the date of this order to file a complaint

4   which complies with the requirements of Rule 3.  Failure to comply with this order will result in

5   a recommendation that this action be dismissed.

6

7   DATED:   October 18, 2006.

8

9   _____
    **CRAIG M. KELLISON**
10  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26