IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH SPRAITZ,

      Plaintiff,                        No. CIV S-06-1510 GEB CMK P

      vs.

CALIFORNIA INSTITUTE FOR MEN,

      Defendant.                  FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983, and has requested authority to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        By order filed July 31, 2006, the court dismissed plaintiff's claims with leave to amend the complaint within thirty days. Plaintiff failed to file an amended complaint. On September 26, 2006, the court filed findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to file an amended complaint. On October 6, 2006, plaintiff filed objections. By order filed October 19, 2006, the court vacated the September 26, 2006 findings and recommendations and granted plaintiff thirty days to file an

///

1

1 | amended complaint.  The thirty day period has now expired, and plaintiff has not filed an
2 | amended complaint or otherwise responded to the court's order.
3 |       Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's complaint be
4 | dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).
5 |       These findings and recommendations are submitted to the United States District
6 | Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
7 | twenty days after being served with these findings and recommendations, plaintiff may file
8 | written objections with the court.  The document should be captioned "Objections to Magistrate
9 | Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
10 | within the specified time may waive the right to appeal the District Court's order.  See  Martinez
11 | v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

13 | DATED:  December 12, 2006.

                                      */s/ Craig M. Kellison*
                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE